# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| RONALD LEE WHITE,<br><br>      Plaintiff,<br><br>v.<br><br>TRANSUNION RENTAL<br>SCREENING SOLUTIONS, INC.,<br><br>      Defendant. | Case No. 1:25-cv-02948-ELR-CCB<br><br>**<u>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANSUNION RENTAL SCREENING SOLUTIONS, INC.</u>** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ronald Lee White and Defendant TransUnion Rental Screening Solutions, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party to bear their own costs and fees.  There are no remaining defendants in this matter.

RESPECTFULLY SUBMITTED,

Dated: January 9, 2026

| | |
|---|---|
| */s/ Moshe Boroosan* | */s/ Paul W. Sheldon* |
| **MOSHE O. BOROOSAN** | **PAUL W. SHELDON** |
| mboroosan@consumerattorneys.com | psheldon@qslwm.com |
| CONSUMER ATTORNEYS PLLC | Georgia Bar No. 947098 |

- 2 -

2800 N Druid Hills NE,
Building A, Suite D,
Atlanta, GA 30329
T: (718) 887-2926
F: (718) 247-8020

*Counsel for Plaintiff,*
*Ronald Lee White*

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax

*Counsel for Defendant TransUnion*
*Rental Screening Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Moshe Boroosan*

- 2 -